IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-20118-GLT |
| MICHAL J. GHAFOOR, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

CREDIT COUNSELING CERTIFICATION

    Attached hereto is the Credit Counseling Certification for Debtor Michal J. Ghafoor.

Declaration Under Penalty of Perjury by Individual Debtor

    I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: February 15, 2019    Signature:    /s/ Michal J. Ghafoor
                                                                                       MICHAL J. GHAFOOR,
                                                                                       Debtor

Dated: February 15, 2019            GLENN R. BARTIFAY, ESQUIRE
                                                             Pa. Id. No. 68763
                                                             Attorney for Debtor

                                                             BARTIFAY LAW OFFICES, P.C.
                                                            3134 Lillian Ave., First Floor
                                                            Murrysville, PA 15668
                                                            (412) 824-4011
                                                           gbartifay@bartifaylaw.com

Certificate Number: 15557-PAW-CC-032129608



15557-PAW-CC-032129608

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 8, 2019</u>, at <u>2:49</u> o'clock <u>PM EST</u>, <u>Michal Ghafoor</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 8, 2019</u>          By:   <u>/s/Elizabeth Venegas</u>

                                       Name:  <u>Elizabeth Venegas</u>

                                       Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).