IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-20118-GLT |
| MICHAL J. GHAFOOR, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

## EMPLOYEE INCOME RECORDS

Debtor Michal J. Ghafoor has no Employee Income Records for the 60-days prior to filing the petition.

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: February 15, 2019      Signature:      /s/  Michal J. Ghafoor____
                                               MICHAL J. GHAFOOR,
                                               Debtor

Dated: February 15, 2019                       GLENN R. BARTIFAY, ESQUIRE
                                               Pa. Id. No. 68763
                                               Attorney for Debtor

                                               BARTIFAY LAW OFFICES, P.C.
                                               3134 Lillian Ave., First Floor
                                               Murrysville, PA 15668
                                               (412) 824-4011
                                               gbartifay@bartifaylaw.com