IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Michal J. Ghafoor**<br><br>Debtor<br><br>**Michal J. Ghafoor**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-20118**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Glenn R. Bartifay, Esquire 68763**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**3134 Lillian Avenue**
**First Floor**
**Murrysville, PA 15668**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763 PA**
List Bar I.D. and State of Admission

Allegheny Health Network
1307 Federal Street
Pittsburgh, PA 15212

American Medical Collection Agency
4 Westchester Plaza, Suite 110
Elmsford, NY 10523

East Liberty Family Health Care Center
P.O. Box 643259
Pittsburgh, PA 15264

Family Foot Care
104 Technology Dr., Suite 103
Butler, PA 16001

Greater Pittsburgh Orthopaedic Assoc.
5820 Centre Avenue
Pittsburgh, PA 15206

IRS Special Procedures Branch
1000 Liberty Avenue, Suite 727
Pittsburgh, PA 15222

Keystone Collections Group
P.O. Box 499
Irwin, PA 15642

PNC Mortgage
Po Box 8807
Dayton, OH 45401

Recovery Solutions Group, LLC
1008 Mattlind Way
Milford, DE 19963

Redevelopment Authority of Allegheny Co.
900 Chatham Center
112 Washington Place
Pittsburgh, PA 15219

SIMM Associates, Inc.
800 Pencader Dr.
Newark, DE 19702

State Collection Service
2509 S Stoughton Road
Madison, WI 53716

Synchrony Bank/HHGregg
P.O. Box 965004
Orlando, FL 32896-5004

UPMC Health Services
P.O. Box 371472
Pittsburgh, PA 15250

Verizon Wireless Bankruptcy Admin
500 Technology Dr.
Suite 550
Weldon Spring, MO 63304

ZenResolve, LLC
4720 E Cotton Gin Loop
Suite 135
Phoenix, AZ 85040