IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-20118-GLT |
| MICHAL J. GHAFOOR, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Amended Plan dated May 12, 2019, Doc. No. 31, and the Order dated May 13, 2019, Doc. No. 32, were served as follows:

By electronic mail for the Plan on May 12, 2019 and the Order on May 13, 2019. addressed as follows:

Keri P. Ebeck on behalf of Creditor Duquesne Light Company, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Natalie N. Piscione on behalf of Creditor U$X Federal Credit Union, covellilawoffices@yahoo.com, ndantonio@covellilaw.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC, sjw@sjwpgh.com, srk@sjwpgh.com, PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail to the parties in the attached mailing matrix on May 14, 2019.

Dated: May 14, 2019        /s/ Glenn R. Bartifay
                                         GLENN R. BARTIFAY, ESQUIRE
                                         Pa. Id. No. 68763
                                         Counsel for Debtor

                                         BARTIFAY LAW OFFICES, P.C.
                                         3134 Lillian Avenue, First Floor
                                         Murrysville, PA 15668
                                         (412) 824-4011
                                         gbartifay@bartifaylaw.com

```
Label Matrix for local noticing      Duquesne Light Company                Peoples Natural Gas Company LLC
0315-2                               c/o Bernstein-Burkley, P.C.           c/o S. James Wallace, P.C.
Case 19-20118-GLT                    707 Grant Street, Suite 2200, Gulf Tower   845 N. Lincoln Ave.
WESTERN DISTRICT OF PENNSYLVANIA     Pittsburgh, PA 15219-1945             Pittsburgh, PA 15233-1828
Pittsburgh
Sun May 12 16:27:47 EDT 2019

U$X Federal Credit Union             2                                     AT&T Mobility II LLC
1293 Freedom Road                    U.S. Bankruptcy Court                 %AT&T SERVICES INC.
P.O. Box 1728                        5414 U.S. Steel Tower                 KAREN A. CAVAGNARO   LEAD PARALEGAL
Cranberry TWP, PA 16066-0728         600 Grant Street                      ONE AT&T WAY, SUITE 3A104
                                     Pittsburgh, PA 15219-2703             BEDMINSTER, NJ. 07921-2693

Acceptance Now                       Allegheny Health Network              American Medical Collection Agency
5501 Headquarters Drive              1307 Federal Street                   4 Westchester Plaza, Suite 110
Plano, TX 75024-5837                 Pittsburgh, PA 15212-4769             Elmsford, NY 10523-1615


Bayview Loan                         Bayview Loan Servicing, LLC           Capital One Bank (USA), N.A.
4425 Ponce De Leon Blvd              4425 Ponce de Leon Blvd, 5th Floor    by American InfoSource as agent
Coral Gables, FL 33146-1837          Coral Gables, FL 33146-1837           PO Box 71083
                                                                           Charlotte, NC  28272-1083


(p)CAPITAL ONE                       Credence Resource Mana                Credit Collection Serv
PO BOX 30285                         17000 Dallas Pkwy Ste 20              Po Box 607
SALT LAKE CITY UT 84130-0285         Dallas, TX 75248-1940                 Norwood, MA 02062-0607


Dr Leonards/carol Wrig               East End Food Co-op Fc                East Liberty Family Health Care Center
Po Box 2845                          7516 Meade St                         P.O. Box 643259
Monroe, WI 53566-8045                Pittsburgh, PA 15208-2549             Pittsburgh, PA 15264-3259


Family Foot Care                     Greater Pittsburgh Orthopaedic Assoc. IRS Special Procedures Branch
104 Technology Dr., Suite 103        5820 Centre Avenue                    1000 Liberty Avenue, Suite 727
Butler, PA 16001-1801                Pittsburgh, PA 15206-3710             Pittsburgh, PA 15222-4107


Keystone Collections Group           Office of the United States Trustee   PNC Mortgage
P.O. Box 499                         Liberty Center.                       Po Box 8807
Irwin, PA 15642-0499                 1001 Liberty Avenue, Suite 970        Dayton, OH 45401-8807
                                     Pittsburgh, PA 15222-3721


Professional Credit Se               Recovery Solutions Group, LLC         Redevelopment Authority of Allegheny Co.
2892 Crescent Ave                    1008 Mattlind Way                     900 Chatham Center
Eugene, OR 97408-7397                Milford, DE 19963-5300                112 Washington Place
                                                                           Pittsburgh, PA 15219-3458


SIMM Associates, Inc.                Santander Consumer USA, Inc.          Santander Consumer Usa
800 Pencader Dr.                     P.O. Box 560284                       Po Box 961245
Newark, DE 19702-3354                Dallas, TX 75356-0284                 Fort Worth, TX 76161-0244
```

| | | |
|---|---|---|
| State Collection Service<br>2509 S Stoughton Road<br>Madison, WI 53716-3314 | Synchrony Bank/HHGregg<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | UPMC Health Services<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 |
| Usx Federal Credit Uni<br>600 Grant St<br>Pittsburgh, PA 15219-2702 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Verizon Wireless Bankruptcy Admin<br>500 Technology Dr.<br>Suite 550<br>Weldon Spring, MO 63304-2225 |
| ZenResolve, LLC<br>4720 E Cotton Gin Loop<br>Suite 135<br>Phoenix, AZ 85040-8850 | Glenn R. Bartifay<br>3134 Lillian Avenue<br>First Floor<br>Murrysville, PA 15668-1868 | Michal J. Ghafoor<br>516 Kelly Avenue<br>Pittsburgh, PA 15221-3132 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC, a Delaware Li | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                  41 |