Form 202

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michal J. Ghafoor**
   Debtor(s)

Bankruptcy Case No.: 19–20118–GLT
Related to Docket No. 31
Chapter: 13
Docket No.: 32 – 31
Concil. Conf.: July 25, 2019 at 09:00 AM

### ORDER SCHEDULING DATES FOR HEARING ON
### AND OBJECTION TO AMENDED PLAN DATED 5/12/2019

     **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

     *On or before June 12, 2019,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

     *On July 25, 2019 at 09:00 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: May 13, 2019

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-20118-GLT
Michal J. Ghafoor                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                Page 1 of 1          Date Rcvd: May 13, 2019
                              Form ID: 202              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db             +Michal J. Ghafoor,    516 Kelly Avenue,    Pittsburgh, PA 15221-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
      Glenn R. Bartifay    on behalf of Debtor Michal J. Ghafoor gbartifay@bartifaylaw.com,
      sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
      James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
      Liability Company bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
      jbluemle@bernsteinlaw.com
      Natalie N. Piscione    on behalf of Creditor    U$X Federal Credit Union
      covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                TOTAL: 7