IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19 – 20118 – GLT |
| MICHAL J. GHAFOOR, | : | |
|    Debtor | : | |
| | : | Chapter 13 |
| U$X FEDERAL CREDIT UNION, | : | |
|    Movant | : | |
| | : | Related to Document No. 47 |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |
|    Respondent | . | |

### ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that NATALIE PISCIONE, ESQUIRE, is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: May 5, 2020

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

PAWB Local Form 17  (07/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michal J. Ghafoor
    Debtor

Case No. 19-20118-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: May 05, 2020
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
db          +Michal J. Ghafoor,    516 Kelly Avenue,    Pittsburgh, PA 15221-3132
cr          +U$X Federal Credit Union,    1293 Freedom Road,    P.O. Box 1728,    Cranberry TWP, PA 16066-0728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:
         Glenn R. Bartifay    on behalf of Debtor Michal J. Ghafoor gbartifay@bartifaylaw.com,
          sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
         James   Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
          bkgroup@kmllawgroup.com
         James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Natalie N. Piscione    on behalf of Creditor    U$X Federal Credit Union
          covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                 TOTAL: 8