IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-20118-GLT |
| MICHAL J. GHAFOOR, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated July 1, 2021, Doc. No. 74 and the Notice of Proposed Modification to Confirmed Plan and the Amended Plan dated June 30, 2021, Doc. No. 72 were served as follows:

By electronic mail for the Order on July 1, 2021 and the Notice and Amended Plan on June 30, 2021 addressed as follows:

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company
bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail to the parties in the attached mailing matrix on July 1, 2021.

Dated: July 1, 2021  /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Counsel for Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com

```
Label Matrix for local noticing          AT&T Mobility II LLC                      Acceptance Now
0315-2                                   %AT&T SERVICES INC.                       5501 Headquarters Drive
Case 19-20118-GLT                        KAREN A. CAVAGNARO  LEAD PARALEGAL        Plano, TX 75024-5837
WESTERN DISTRICT OF PENNSYLVANIA         ONE AT&T WAY, SUITE 3A104
Pittsburgh                               BEDMINSTER, NJ. 07921-2693
Thu Jul  1 10:30:06 EDT 2021

Allegheny Health Network                 American Medical Collection Agency        Glenn R Bartifay
1307 Federal Street                      4 Westchester Plaza, Suite 110            2009 Mackenzie Way, Suite 100
Pittsburgh, PA 15212-4769                Elmsford, NY 10523-1615                   Cranberry Township, PA 16066-5338


Bayview Loan                             Bayview Loan Servicing, LLC               Capital One Bank (USA), N.A.
4425 Ponce De Leon Blvd                  4425 Ponce de Leon Blvd, 5th Floor        by American InfoSource as agent
Coral Gables, FL 33146-1873              Coral Gables, FL 33146-1873               PO Box 71083
                                                                                   Charlotte, NC  28272-1083


(p)CAPITAL ONE                           Credence Resource Mana                    Credit Collection Serv
PO BOX 30285                             17000 Dallas Pkwy Ste 20                  Po Box 607
SALT LAKE CITY UT 84130-0285             Dallas, TX 75248-1940                     Norwood, MA 02062-0607


Dr Leonards/carol Wrig                   Duquesne Light Company                    East End Food Co-op Fc
Po Box 2845                              c/o Bernstein-Burkley, P.C.               7516 Meade St
Monroe, WI 53566-8045                    707 Grant Street, Suite 2200, Gulf Tower  Pittsburgh, PA 15208-2549
                                         Pittsburgh, PA 15219-1945


East Liberty Family Health Care Center   Keri P. Ebeck                             Family Foot Care
P.O. Box 643259                          Bernstein-Burkley                         104 Technology Dr., Suite 103
Pittsburgh, PA 15264-3259                707 Grant Street                          Butler, PA 16001-1801
                                         Suite 2200 Gulf Tower
                                         Pittsburgh, PA 15219-1945


Michal J. Ghafoor                        Greater Pittsburgh Orthopaedic Assoc.     IRS Special Procedures Branch
516 Kelly Avenue                         5820 Centre Avenue                        1000 Liberty Avenue, Suite 727
Pittsburgh, PA 15221-3132                Pittsburgh, PA 15206-3710                 Pittsburgh, PA 15222-4107


Keystone Collections Group               Maria Miksich                             Brian Nicholas
P.O. Box 499                             KML Law Group, P.C.                       KML Law Group, P.C.
Irwin, PA 15642-0499                     701 Market Street                         701 Market Street
                                         Suite 5000                                Suite 5000
                                         Philadelphia, PA 19106-1541               Philadelphia, PA 19106-1541


Office of the United States Trustee      PNC Mortgage                              Pennsylvania Department of Revenue
Liberty Center.                          Po Box 8807                               Bankruptcy Division
1001 Liberty Avenue, Suite 970           Dayton, OH 45401-8807                     P.O. Box 280946
Pittsburgh, PA 15222-3721                                                          Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue            Peoples Natural Gas Company LLC           Professional Credit Se
Department 280946                        c/o S. James Wallace, P.C.                2892 Crescent Ave
P.O. Box 280946                          845 N. Lincoln Ave.                       Eugene, OR 97408-7397
ATTN: BANKRUPTCY DIVISION                Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Recovery Solutions Group, LLC<br>1008 Mattlind Way<br>Milford, DE 19963-5300 | Redevelopment Authority of Allegheny Co.<br>900 Chatham Center<br>112 Washington Place<br>Pittsburgh, PA 15219-3458 | SIMM Associates, Inc.<br>800 Pencader Dr.<br>Newark, DE 19702-3354 |
| Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 |
| Synchrony Bank/HHGregg<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | U$X Federal Credit Union<br>1293 Freedom Road<br>P.O. Box 1728<br>Cranberry TWP, PA 16066-0728 | UPMC Health Services<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 |
| Usx Federal Credit Uni<br>600 Grant St<br>Pittsburgh, PA 15219-2702 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon Wireless Bankruptcy Admin<br>500 Technology Dr.<br>Suite 550<br>Weldon Spring, MO 63304-2225 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Wilmington Savings Fund Society, FSB, ET AL<br>c/o Carrington Mortgage Services, LLC<br>P.O. Box 79001<br>Phoenix, AZ 85062-9001 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| ZenResolve, LLC<br>4720 E Cotton Gin Loop<br>Suite 135<br>Phoenix, AZ 85040-8850 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | State Collection Service<br>2509 S Stoughton Road<br>Madison, WI 53716 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066-5338 | (u)Bayview Loan Servicing, LLC, a Delaware Li | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |