IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO.  19-20118-GLT |
| MICHAL J. GHAFOOR, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

      I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated July 1, 2021, Doc. No. 74 and the Notice of Proposed Modification to Confirmed Plan and the Amended Plan dated August 10, 2021, Doc. No. 82 were served as follows:

By electronic mail for the above-referenced order on July 1, 2021 and the above-referenced plan on August 10, 2021 addressed as follows:

Keri P. Ebeck on behalf of Creditor Duquesne Light Company, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC, ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail for both the above-referenced order and the above-referenced plan to the parties in the attached mailing matrix on August 10, 2021.

Dated: <u>August 10, 2021</u>     /s/ Glenn R. Bartifay
                GLENN R. BARTIFAY, ESQUIRE
                Pa. Id. No. 68763
                Counsel for Debtor

                BARTIFAY LAW OFFICES, P.C.
                2009 Mackenzie Way, Suite 100
                Cranberry Township, PA 16066
                (412) 824-4011
                gbartifay@bartifaylaw.com

Label Matrix for local noticing
0315-2
Case 19-20118-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Jul  1 10:30:06 EDT 2021

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  LEAD PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024-5837


Allegheny Health Network
1307 Federal Street
Pittsburgh, PA 15212-4769

American Medical Collection Agency
4 Westchester Plaza, Suite 110
Elmsford, NY 10523-1615

Glenn R Bartifay
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066-5338


Bayview Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146-1873

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146-1873

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083


(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Credence Resource Mana
17000 Dallas Pkwy Ste 20
Dallas, TX 75248-1940

Credit Collection Serv
Po Box 607
Norwood, MA 02062-0607


Dr Leonards/carol Wrig
Po Box 2845
Monroe, WI 53566-8045

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

East End Food Co-op Fc
7516 Meade St
Pittsburgh, PA 15208-2549


East Liberty Family Health Care Center
P.O. Box 643259
Pittsburgh, PA 15264-3259

Keri P. Ebeck
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

Family Foot Care
104 Technology Dr., Suite 103
Butler, PA 16001-1801


Michal J. Ghafoor
516 Kelly Avenue
Pittsburgh, PA 15221-3132

Greater Pittsburgh Orthopaedic Assoc.
5820 Centre Avenue
Pittsburgh, PA 15206-3710

IRS Special Procedures Branch
1000 Liberty Avenue, Suite 727
Pittsburgh, PA 15222-4107


Keystone Collections Group
P.O. Box 499
Irwin, PA 15642-0499

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541


Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PNC Mortgage
Po Box 8807
Dayton, OH 45401-8807

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Professional Credit Se
2892 Crescent Ave
Eugene, OR 97408-7397

Recovery Solutions Group, LLC
1008 Mattlind Way
Milford, DE 19963-5300

Redevelopment Authority of Allegheny Co.
900 Chatham Center
112 Washington Place
Pittsburgh, PA 15219-3458

SIMM Associates, Inc.
800 Pencader Dr.
Newark, DE 19702-3354


Santander Consumer USA, Inc.
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer Usa
Po Box 961245
Fort Worth, TX 76161-0244

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314


Synchrony Bank/HHGregg
P.O. Box 965004
Orlando, FL 32896-5004

U$X Federal Credit Union
1293 Freedom Road
P.O. Box 1728
Cranberry TWP, PA 16066-0728

UPMC Health Services
P.O. Box 371472
Pittsburgh, PA 15250-7472


Usx Federal Credit Uni
600 Grant St
Pittsburgh, PA 15219-2702

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Verizon Wireless Bankruptcy Admin
500 Technology Dr.
Suite 550
Weldon Spring, MO 63304-2225


S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

Wilmington Savings Fund Society, FSB, ET AL
c/o Carrington Mortgage Services, LLC
P.O. Box 79001
Phoenix, AZ 85062-9001

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


ZenResolve, LLC
4720 E Cotton Gin Loop
Suite 135
Phoenix, AZ 85040-8850


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

State Collection Service
2509 S Stoughton Road
Madison, WI 53716


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Glenn R. Bartifay
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066-5338

(u)Bayview Loan Servicing, LLC, a Delaware Li

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)WILMINGTON SAVINGS FUND SOCIETY, FSB

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49