**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAL J. GHAFOOR | Case No. 19-20118GLT |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE STANWICH MTG LN TRUST C++ | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.
> NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE STANWICH MTG LN TRUST C++ C/O CARRINGTON MORTGAGE SERVICES LLC PO BOX 79001 PHOENIX, AZ 85062 | Court claim# 4/Trustee CID# 5 |

The Movant further certifies that on 04/28/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MICHAL J. GHAFOOR, 516 KELLY AVENUE PITTSBURGH, PA  15221 | DEBTOR'S COUNSEL:<br>GLENN R BARTIFAY ESQ, 2009 MACKENZIE WAY STE 100, CRANBERRY TWP, PA  16066 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | :<br>CARRINGTON MORTGAGE SERVICES LLC ATTN CUSTOMER SERVICE DEPT, PO BOX 5001, WESTFIELD, IN  46074 |
| ORIGINAL CREDITOR:<br>WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE STANWICH MTG LN TRUST C++, C/O CARRINGTON MORTGAGE SERVICES LLC, PO BOX 79001, PHOENIX, AZ  85062 | |
| NEW CREDITOR: | |