**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/20/23 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20118-GLT |
| | : | Chapter: | 13 |
| Michal J. Ghafoor | : | | |
| | : | | |
| | : | Date: | 4/19/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** #100 - Trustee's Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges Filed on March 16, 2022
#102 - Objection filed by Wilmington Savings Fund Society FSB.

**APPEARANCES:**
Debtor:  Glenn R. Bartifay
Trustee:  Ronda J. Winnecour
Wilmington:  Brian Nicholas

**NOTES:** [10:10]

Winnecour: Withdrawing her motion.

Bartifay: Debtor is not objecting to registration fees paid today, but objects to further payments.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges Filed on March 16, 2022* [Dkt. No. 100] is DENIED as withdrawn.  [Text order].

**DATED:** 4/19/2023