IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: <br> **Michal J. Ghafoor** <br><br> Debtor <br><br> **Michal J. Ghafoor** <br> Movant <br><br> v. <br><br> No Respondent | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Bankruptcy No. **19-20118** <br><br> Chapter **13** <br><br> Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Glenn R. Bartifay, Esquire 68763**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**2009 Mackenzie Way, Suite 100**
**Cranberry Twp, PA 16066**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763 PA**
List Bar I.D. and State of Admission

Cleanup Services
P.O. Box 380
North Lima, OH 44452