IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-20118-GLT |
| MICHAL J. GHAFOOR, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on February 19, 2019, Doc. No. 23, Amended Schedule F filed on July 12, 2023, Doc. No. 106, and the Order of Court dated July 12, 2023, Doc. No. 107, were served as follows:

By electronic mail of the 341 Notice on February 19, 2019 and Amended Schedule F and the Order of Court on July 12, 2023, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail on July 12, 2023 addressed as follows:

Cleanup Services
P.O. Box 380
North Lima, OH 44452

Dated: July 12, 2023    /s/ Glenn R. Bartifay
                                              GLENN R. BARTIFAY, ESQUIRE
                                              Pa. Id. No. 68763
                                              Attorney for Debtor

                                              BARTIFAY LAW OFFICES, P.C.
                                              2009 Mackenzie Way, Suite 100
                                              Cranberry Township, PA 16066
                                              (412) 824-4011
                                              gbartifay@bartifaylaw.com