Form 006

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Michal J. Ghafoor**　　　　　　　　　　　　:　　Case No. 19−20118−GLT
　*Debtor(s)*　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:

## ORDER

　　　　AND NOW, this ***The 12th of July, 2023***, the Debtor(s) having filed an ***Amendment to Schedule*** F filed on **7/12/2023**

　　　　It is hereby **ORDERED, ADJUDGED and DECREED** that:

　　　　(1)　　The Debtor(s) shall ***immediately*** serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

　　　　(2)　　On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

　　　　(3)　　***On or before August 11, 2023 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

　　　　(4)　　If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

　　　　(5)　　***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

　　　　(6)　　If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

Dated: July 12, 2023

cm: Debtor
　　　Counsel for Debtor

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Page 1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20118-GLT |
| Michal J. Ghafoor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 12, 2023 | Form ID: 006 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michal J. Ghafoor, 516 Kelly Avenue, Pittsburgh, PA 15221-3132 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | U$X Federal Credit Union, 1293 Freedom Road, P.O. Box 1728, Cranberry TWP, PA 16066-0728 |
| 14995479 | + | Allegheny Health Network, 1307 Federal Street, Pittsburgh, PA 15212-4769 |
| 15618627 | + | Cleanup Services, P.O. Box 380, North Lima, OH 44452-0380 |
| 14976292 | + | East End Food Co-op Fc, 7516 Meade St, Pittsburgh, PA 15208-2549 |
| 14995481 | + | East Liberty Family Health Care Center, P.O. Box 643259, Pittsburgh, PA 15264-3259 |
| 14995482 | + | Family Foot Care, 104 Technology Dr., Suite 103, Butler, PA 16001-1801 |
| 14995483 | + | Greater Pittsburgh Orthopaedic Assoc., 5820 Centre Avenue, Pittsburgh, PA 15206-3710 |
| 14995485 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14995486 | + | PNC Mortgage, Po Box 8807, Dayton, OH 45401-8807 |
| 14995487 | + | Recovery Solutions Group, LLC, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 14995488 | + | Redevelopment Authority of Allegheny Co., 900 Chatham Center, 112 Washington Place, Pittsburgh, PA 15219-3458 |
| 14976295 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14995494 | #+ | ZenResolve, LLC, 4720 E Cotton Gin Loop, Suite 135, Phoenix, AZ 85040-8850 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 13 2023 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15006125 | + | Email/Text: g20956@att.com | Jul 13 2023 00:22:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14976286 | + | Email/Text: bankruptcy@rentacenter.com | Jul 13 2023 00:23:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14995480 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 13 2023 00:22:00 | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14976287 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 13 2023 00:21:00 | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15005556 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 13 2023 00:21:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14976288 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2023 00:24:33 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14998204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2023 00:24:08 | Capital One Bank (USA), N.A., by American |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14976289 | + | Email/Text: bankruptcy@credencerm.com | Jul 13 2023 00:23:52 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 14976290 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 13 2023 00:23:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14976291 | + | Email/Text: bankruptcy@sccompanies.com | Jul 13 2023 00:21:00 | Dr Leonards/carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15010968 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 13 2023 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14995484 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2023 00:22:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 14976293 | + | Email/Text: bknotices@professionalcredit.com | Jul 13 2023 00:22:00 | Professional Credit Se, 2892 Crescent Ave, Eugene, OR 97408-7397 |
| 14995487 | + | Email/Text: admin@rsgcollect.com | Jul 13 2023 00:22:00 | Recovery Solutions Group, LLC, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 14995489 | + | Email/PDF: clerical@simmassociates.com | Jul 13 2023 00:47:37 | SIMM Associates, Inc., 800 Pencader Dr., Newark, DE 19702-3354 |
| 14995490 | | Email/Text: amieg@stcol.com | Jul 13 2023 00:21:00 | State Collection Service, 2509 S Stoughton Road, Madison, WI 53716 |
| 14985484 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 13 2023 00:22:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14976294 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 13 2023 00:22:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14995491 | | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 00:47:37 | Synchrony Bank/HHGregg, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14995492 | ^ | MEBN | Jul 13 2023 00:11:09 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15007617 | | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2023 00:24:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14995493 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2023 00:21:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Dr., Suite 550, Weldon Spring, MO 63304-2225 |
| 15483136 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2023 00:21:00 | Wilmington Savings Fund Society, FSB, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 15185546 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2023 00:21:00 | Wilmington Savings Fund Society, FSB, ET AL, c/o Carrington Mortgage Services, LLC, P.O. Box 79001, Phoenix, AZ 85062-9001 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 12, 2023 | Form ID: 006 | Total Noticed: 39 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2023                     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Michal J. Ghafoor gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9