**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/14/2023

IN RE:

| | |
|---|---|
| MICHAL J. GHAFOOR<br>516 KELLY AVENUE<br>PITTSBURGH, PA 15221<br>XXX-XX-0147          Debtor(s) | Case No.19-20118 GLT<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/14/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | Court Claim # | INT % | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | 1 | | 0.00% | NOTICE ONLY | | 0.00 | DUQ LITE/PRAE |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 2 | | 0.00% | NOTICE ONLY | | 0.00 | BAYVIEW LN SVCNG/PRAE |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | 3 | | 0.00% | NOTICE ONLY | | 0.00 | PEOPLES/PRAE |
| **NATALIE N D'ANTONIO ESQ**<br>COVELLI LAW OFFICES PC<br>357 REGIS AVE STE #1<br>PITTSBURGH, PA 15236 | 4 | | 0.00% | UNSECURED CREDITOR | | 0.00 | APRNC W/DRAWN |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806 | 5 | 4 | 0.00% | MORTGAGE REGULAR PAYMEN | 1266 | 0.00 | PMT/DECL\*DKT4LMT\*BGN 2/19\*FR BAYVIEW-DOC 40\*FR LOAN TRUST C-DOC 95 |
| **PNC MORTGAGE**<br>PO BOX 8807<br>DAYTON, OH 45401 | 6 | NC | 0.00% | MORTGAGE REGULAR PAYMEN | 0147 | 0.00 | NO PMTS REQ/PL |
| **ALLEGHENY COUNTY REDEVELOPMENT AUTHO**<br>ONE CHATHAM CENTER STE 900<br>112 WASHINGTON PLACE<br>PITTSBURGH, PA 15219 | 7 | NC1 | 0.00% | MORTGAGE REGULAR PAYMEN | 0147 | 0.00 | NO PMTS REQ/PL |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 8 | 2-3 | 0.00% | PRIORITY CREDITOR | 0147 | 6,986.09 | CL2GOV@2015-2018/CONF\*AMD |
| **KEYSTONE COLLECTIONS\*\***<br>POB 988\*<br>HARRISBURG, PA 17108 | 9 | | 0.00% | NOTICE ONLY | 0147 | 0.00 | 17~LOCAL AND SCHOOL REVENUE TAX?~NTC ONLY/SCH |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024 | 10 | | 0.00% | UNSECURED CREDITOR | 0068 | 0.00 | |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |
| **AMERICAN MEDICAL COLLECTION AGENCY++**<br>4 WESTCHESTER PLAZA<br>STE 110<br>ELMSFORD, NY 10523 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUEST DGNSTCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0A29 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 378.78<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5405 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,151.34<br>COMMENT: CRM~5463/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9452 |
| **CREDIT CONTROL SERVICE**<br>PO BOX 607<br><br>NORWOOD, MA 02062 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6593 |
| **DR LEONARDS**<br>PO BOX 7821<br><br>EDISON, NJ 08818 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAROL WRIG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2A4A |
| **EAST END FOOD CO-OP**<br>7516 MEADE ST<br><br>PITTSBURGH, PA 15208 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1101 |
| **EAST LIBERTY FAMILY HEALTH CNR++**<br>250 N. HIGHLAND MALL<br><br>PITTSBURGH, PA 15206 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9237 |
| **FAMILY FOOT CARE ASSOCIATES**<br>104 TECHNOLOGY DR STE 103<br><br>BUTLER, PA 16001-1801 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6127 |
| **GREATER PITTSBURGH ORTHOPEDICS**<br>5820 CENTRE AVE<br><br>PITTSBURGH, PA 15206 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0960 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PROFESSIONAL CREDIT SERVICE**<br>POB 7548<br><br>EUGENE, OR 97475 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CONSUMER CELLULAR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9739 |
| **RECOVERY SOLUTIONS CORP**<br>POB 550<br><br>SADDLE BROOK, NJ 07663-0550 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2807 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 19,344.93<br>COMMENT: 1000/SCH*REPO | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8247 |
| **SIMM ASSOC INC**<br>POB 7526<br><br>NEWARK, DE 19714-7526 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~HOMETOWN OXYGEN PGH/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8977 |
| **SIMM ASSOC INC**<br>POB 7526<br><br>NEWARK, DE 19714-7526 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~HOMETOWN OXYGEN PGH/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0389 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AHN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4096 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~HH GREGG~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |
| **USX FEDERAL CREDIT UNION***<br>POB 1728*<br><br>CRANBERRY TWP, PA 16066-0728 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0644 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,815.69<br>COMMENT: 0147/SCH*ACCOUNT OPENED 11/1/18 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **ZENRESOLVE LLC**<br>4720 E COTTON GIN LOOP STE 135<br>PHOENIX, AZ 85040 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TARGET FNCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:2-3<br>CLAIM: 11,893.02<br>COMMENT: CL2GOV*NO GEN UNS/SCH*2012-2014*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 4,967.20<br>COMMENT: $/CL-PL*1ST/SCH*THRU 1/19*FR BAYVIEW-DOC 40*FR LOAN TRUST 2-DOC 95 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1266 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 870.09<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6325 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 740.00<br>COMMENT: $/PL*NTC-POSTPET FEE/EXP*REF CL*W/33*FR LOAN TRUST C-DOC 95 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1266 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/OE-CONF*BGN 7/21 DIST | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3293 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 3,571.51<br>COMMENT: $CONF*NT/PL*W/8,32*DKT | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0147 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB -TR**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 840.00<br>COMMENT: PAY/DECL*NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*W/33*FR LOAN TRUST C-I | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1266 |
| **CLEANUP SERVICES**<br>PO BOX 380<br>NORTH LIMA, OH 44452 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*7-12-23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |