# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/14/24 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                  :       Case No.:   19-20118-GLT
                                        :       Chapter:    13
Michal J. Ghafoor                       :
                                        :
                                        :       Date:       2/14/2024
                    *Debtor(s).*        :       Time:       10:00

## PROCEEDING MEMO

***MATTER:***     #113 - Trustee's Motion to Dismiss Case
                  #136 - Response filed b Debtor

***APPEARANCES***:
          Debtor:    Glenn R. Bartifay
          Trustee:   Kate DeSimone

***NOTES:***    [10:05]

DeSimone: 61 months elapsed. Last payment from Jan 31, 2024. Currently need $5,288 with long term continuing debt takeover in March 2024.

Bartifay: Anticipate plan paid in full by April 25, 2024. Debtor will takeover long term continuing debt.

***OUTCOME:***

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 113] is continued to May 15, 2024 at 9 a.m. [Text order].

**DATED:** 2/14/2024