Case 19-20118-GLT   Doc 124   Filed 05/15/24   Entered 05/15/24 13:49:08   Desc Main
Document   Page 1 of 1
FILED
5/15/24 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20118-GLT |
| | : | Chapter: | 13 |
| Michal J. Ghafoor | : | | |
| | : | | |
| | : | Date: | 5/15/2024 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #113 - Continued Trustee's Motion to Dismiss Case
            #136 - Response filed by Debtor

**APPEARANCES**:
    Debtor:    Glenn R. Bartifay [Michal Ghafoor]
    Trustee:   Owen Katz

**NOTES:**   [9:00]

Katz: Last payment of $1,500 on May 2, 2024. TFS payments. Showing need additional $788 to complete.

Bartifay: Payment scheduled for May 22, 2024 for $788. Debtor understands urgency. Just a timing issue. Asking for 30 days. Debtor has taken over long term continuing debt payments.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 113] is continued to June 12, 2024 at 9 a.m. [Text order].

**DATED:**  5/15/2024