IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Michal J. Ghafoor**<br><br>Debtor<br><br>**Michal J. Ghafoor**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-20118**<br><br>Chapter **13**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Glenn R. Bartifay, Esquire 68763**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**2009 Mackenzie Way, Suite 100**
**Cranberry Twp, PA 16066**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763 PA**
List Bar I.D. and State of Admission

HSBC Bank USA, N.A.
P.O. Box 9
Buffalo, NY 14240