IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-20118-GLT |
| MICHAL J. GHAFOOR, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

     I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on February 19, 2019, Doc. No. 23, Amended Schedule F filed on May 20, 2024, Doc. No. 126, and the Order of Court dated May 21, 2024, Doc. No. 128, were served as follows:

By electronic mail of the 341 Notice on February 19, 2019, Amended Schedule F on May 20, 2024, and the Order of Court on May 21, 2024, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular first-class mail of the Amended Schedule F, 341 Notice and Order of Court on May 21, 2024, addressed as follows:

HSBC Bank USA, N.A.
P.O. Box 9
Buffalo, NY 14240

Dated: May 21, 2024                 /s/ Glenn R. Bartifay
                                                  GLENN R. BARTIFAY, ESQUIRE
                                                  Pa. Id. No. 68763
                                                  Attorney for Debtor

                                                  BARTIFAY LAW OFFICES, P.C.
                                                  2009 Mackenzie Way, Suite 100
                                                  Cranberry Township, PA 16066
                                                  (412) 824-4011
                                                  gbartifay@bartifaylaw.com