Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Michal J. Ghafoor**               :     Case No. 19−20118−GLT
    *Debtor(s)*               :     Chapter: 13
                              :
**RONDA J. WINNECOUR, Trustee,**    :
    *Movant(s),*              :
                              :
    v.                        :     Related to Document No. 137
**No Respondents**                  :
    *Respondent(s).*          :     Hearing Date: 8/19/24 at 11:00 AM
                              :
                              :

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    **AND NOW**, this ***The 25th of June, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 137 by the Chapter 13 Trustee,

    It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

    (1)  ***On or before July 6, 2021***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***August 19, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20118-GLT
Michal J. Ghafoor                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: 604 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michal J. Ghafoor, 516 Kelly Avenue, Pittsburgh, PA 15221-3132 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | USX Federal Credit Union, 1293 Freedom Road, P.O. Box 1728, Cranberry TWP, PA 16066-0728 |
| 14995479 | + | Allegheny Health Network, 1307 Federal Street, Pittsburgh, PA 15212-4769 |
| 14995480 | + | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 15618627 | + | Cleanup Services, P.O. Box 380, North Lima, OH 44452-0380 |
| 14976292 | + | East End Food Co-op Fc, 7516 Meade St, Pittsburgh, PA 15208-2549 |
| 14995481 | + | East Liberty Family Health Care Center, P.O. Box 643259, Pittsburgh, PA 15264-3259 |
| 14995482 | + | Family Foot Care, 104 Technology Dr., Suite 103, Butler, PA 16001-1801 |
| 14995483 | + | Greater Pittsburgh Orthopaedic Assoc., 5820 Centre Avenue, Pittsburgh, PA 15206-3710 |
| 14995488 | + | Redevelopment Authority of Allegheny Co., 900 Chatham Center, 112 Washington Place, Pittsburgh, PA 15219-3458 |
| 14976295 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Jun 25 2024 23:58:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15006125 | + | Email/Text: g17768@att.com | | |
| | | | Jun 25 2024 23:58:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14976286 | + | Email/Text: bankruptcy@rentacenter.com | | |
| | | | Jun 25 2024 23:59:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14976287 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |
| | | | Jun 25 2024 23:58:00 | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15005556 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |
| | | | Jun 25 2024 23:58:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14976288 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 26 2024 00:05:05 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15483136 | | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Jun 25 2024 23:58:00 | Wilmington Savings Fund Society, FSB, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 15185546 | | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Jun 25 2024 23:58:00 | Wilmington Savings Fund Society, FSB, ET AL, c/o Carrington Mortgage Services, LLC, P.O. Box 79001, Phoenix, AZ 85062 |
| 14998204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 26 2024 00:04:37 | Capital One Bank (USA), N.A., by American |

District/off: 0315-2                             User: auto                                     Page 2 of 3
Date Rcvd: Jun 25, 2024                          Form ID: 604                                   Total Noticed: 39

|  |  |  |  | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
|---|---|---|---|---|
| 14976289 | + | Email/Text: bankruptcy@credencerm.com | Jun 25 2024 23:59:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 14976290 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 25 2024 23:59:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14976291 | + | Email/Text: bankruptcy@sccompanies.com | Jun 25 2024 23:58:00 | Dr Leonards/carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15010968 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 25 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15719472 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 25 2024 23:58:00 | HSBC Bank USA, N.A., P.O. Box 9, Buffalo, NY 14240-0009 |
| 14995484 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2024 23:58:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 14995485 | + | Email/Text: Bankruptcy@keystonecollects.com | Jun 25 2024 23:59:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14995486 |  | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2024 23:58:00 | PNC Mortgage, Po Box 8807, Dayton, OH 45401 |
| 14976293 | + | Email/Text: bknotices@professionalcredit.com | Jun 25 2024 23:59:00 | Professional Credit Se, 2892 Crescent Ave, Eugene, OR 97408-7397 |
| 14995487 | + | Email/Text: admin@rsgcollect.com | Jun 25 2024 23:58:00 | Recovery Solutions Group, LLC, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 14995489 | + | Email/PDF: clerical@simmsociates.com | Jun 26 2024 00:18:21 | SIMM Associates, Inc., 800 Pencader Dr., Newark, DE 19702-3354 |
| 14995490 |  | Email/Text: amieg@stcol.com | Jun 25 2024 23:58:00 | State Collection Service, 2509 S Stoughton Road, Madison, WI 53716 |
| 14985484 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 25 2024 23:59:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14976294 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 25 2024 23:59:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14995491 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2024 00:05:36 | Synchrony Bank/HHGregg, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14995492 | ^ | MEBN | Jun 25 2024 23:56:08 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15007617 |  | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2024 00:04:40 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14995493 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 25 2024 23:58:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Dr., Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 27


# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr |  | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14995494 | ##+ | ZenResolve, LLC, 4720 E Cotton Gin Loop, Suite 135, Phoenix, AZ 85040-8850 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jun 25, 2024 | Form ID: 604 | Total Noticed: 39

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2024

Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Michal J. Ghafoor gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9