**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAL J. GHAFOOR | Case No.:19-20118 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>   vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


June 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/09/2019 and confirmed on 3/29/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,061.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,061.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,913.00 | |
|    Trustee Fee | 2,695.08 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,608.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 28,779.46 | 0.00 | 28,779.46 |
|     Acct: 1266 | | | | |
|   PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0147 | | | | |
|   ALLEGHENY COUNTY REDEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0147 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 4,967.20 | 4,967.20 | 0.00 | 4,967.20 |
|     Acct: 1266 | | | | |
| | | | | 33,746.66 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAL J. GHAFOOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC** | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5/24 | | | | |
|   GLENN R BARTIFAY ESQ** | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC** | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
|   INTERNAL REVENUE SERVICE* | 6,986.09 | 6,986.09 | 0.00 | 6,986.09 |
|     Acct: 0147 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,568.66 | 0.00 | 2,568.66 |
|     Acct: 3293 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 740.00 | 740.00 | 0.00 | 740.00 |
|     Acct: 1266 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,571.51 | 3,571.51 | 0.00 | 3,571.51 |
|     Acct: 0147 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 840.00 | 840.00 | 0.00 | 840.00 |
|     Acct: 1266 | | | | |
| | | | | 14,706.26 |
| **Unsecured** | | | | |
|   NATALIE N D'ANTONIO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0068 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | AMERICAN MEDICAL COLLECTION AGENC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0A29 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 378.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 5405 | | | | |
| | AT & T MOBILITY II LLC | 1,151.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 9452 | | | | |
| | CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6593 | | | | |
| | DR LEONARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2A4A | | | | |
| | EAST END FOOD CO-OP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1101 | | | | |
| | EAST LIBERTY FAMILY HEALTH CNR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9237 | | | | |
| | FAMILY FOOT CARE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6127 | | | | |
| | GREATER PITTSBURGH ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0960 | | | | |
| | PROFESSIONAL CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9739 | | | | |
| | RECOVERY SOLUTIONS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2807 | | | | |
| | SANTANDER CONSUMER USA | 19,344.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 8247 | | | | |
| | SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8977 | | | | |
| | SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0389 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4096 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | USX FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0644 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 1,815.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ZENRESOLVE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | INTERNAL REVENUE SERVICE* | 11,893.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 870.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 6325 | | | | |
| | CLEANUP SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0147 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYSTONE COLLECTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-20118 | | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 0147 | | | | |
| | | ***NONE*** | | | |
| TOTAL PAID TO CREDITORS | | | | | 48,452.92 |

TOTAL CLAIMED
  PRIORITY        12,137.60
  SECURED         4,967.20
  UNSECURED    35,453.85

Date: 06/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAL J. GHAFOOR

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:19-20118

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20118-GLT |
| Michal J. Ghafoor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michal J. Ghafoor, 516 Kelly Avenue, Pittsburgh, PA 15221-3132 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | U$X Federal Credit Union, 1293 Freedom Road, P.O. Box 1728, Cranberry TWP, PA 16066-0728 |
| 14995479 | + | Allegheny Health Network, 1307 Federal Street, Pittsburgh, PA 15212-4769 |
| 14995480 | + | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 15618627 | + | Cleanup Services, P.O. Box 380, North Lima, OH 44452-0380 |
| 14976292 | + | East End Food Co-op Fc, 7516 Meade St, Pittsburgh, PA 15208-2549 |
| 14995481 | + | East Liberty Family Health Care Center, P.O. Box 643259, Pittsburgh, PA 15264-3259 |
| 14995482 | + | Family Foot Care, 104 Technology Dr., Suite 103, Butler, PA 16001-1801 |
| 14995483 | + | Greater Pittsburgh Orthopaedic Assoc., 5820 Centre Avenue, Pittsburgh, PA 15206-3710 |
| 14995488 | + | Redevelopment Authority of Allegheny Co., 900 Chatham Center, 112 Washington Place, Pittsburgh, PA 15219-3458 |
| 14976295 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 25 2024 23:58:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15006125 | + | Email/Text: g17768@att.com | Jun 25 2024 23:58:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14976286 | + | Email/Text: bankruptcy@rentacenter.com | Jun 25 2024 23:59:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14976287 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 25 2024 23:58:00 | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15005556 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 25 2024 23:58:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14976288 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2024 00:16:44 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15483136 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 25 2024 23:58:00 | Wilmington Savings Fund Society, FSB, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 15185546 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 25 2024 23:58:00 | Wilmington Savings Fund Society, FSB, ET AL, c/o Carrington Mortgage Services, LLC, P.O. Box 79001, Phoenix, AZ 85062 |
| 14998204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2024 00:16:51 | Capital One Bank (USA), N.A., by American |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14976289 | + | Email/Text: bankruptcy@credencerm.com | Jun 25 2024 23:59:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 14976290 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 25 2024 23:59:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14976291 | + | Email/Text: bankruptcy@sccompanies.com | Jun 25 2024 23:58:00 | Dr Leonards/carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15010968 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 25 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15719472 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 25 2024 23:58:00 | HSBC Bank USA, N.A., P.O. Box 9, Buffalo, NY 14240-0009 |
| 14995484 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2024 23:58:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 14995485 | + | Email/Text: Bankruptcy@keystonecollects.com | Jun 25 2024 23:59:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14995486 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2024 23:58:00 | PNC Mortgage, Po Box 8807, Dayton, OH 45401 |
| 14976293 | + | Email/Text: bknotices@professionalcredit.com | Jun 25 2024 23:59:00 | Professional Credit Se, 2892 Crescent Ave, Eugene, OR 97408-7397 |
| 14995487 | + | Email/Text: admin@rsgcollect.com | Jun 25 2024 23:58:00 | Recovery Solutions Group, LLC, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 14995489 | + | Email/PDF: clerical@simmassociates.com | Jun 26 2024 00:18:21 | SIMM Associates, Inc., 800 Pencader Dr., Newark, DE 19702-3354 |
| 14995490 | | Email/Text: amieg@stcol.com | Jun 25 2024 23:58:00 | State Collection Service, 2509 S Stoughton Road, Madison, WI 53716 |
| 14985484 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 25 2024 23:59:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14976294 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 25 2024 23:59:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14995491 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2024 00:05:04 | Synchrony Bank/HHGregg, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14995492 | | ^ MEBN | Jun 25 2024 23:56:14 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15007617 | | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2024 00:06:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14995493 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 25 2024 23:58:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Dr., Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14995494 | ##+ | ZenResolve, LLC, 4720 E Cotton Gin Loop, Suite 135, Phoenix, AZ 85040-8850 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 39 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

**Name**  **Email Address**

Denise Carlon
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB dcarlon@kmllawgroup.com

Glenn R. Bartifay
on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
on behalf of Debtor Michal J. Ghafoor gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9