IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/12/24 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
　　MICHAL J. GHAFOOR

　　　　　Debtor(s)

Ronda J. Winnecour
　　　　　Movant
　　　vs.
No Repondents.

Case No.:19-20118

Chapter 13

Related to Dkt. No. 137

ORDER OF COURT

　AND NOW, this 12th day of August 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____
jah
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michal J. Ghafoor  
    Debtor

Case No. 19-20118-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 12, 2024      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michal J. Ghafoor, 516 Kelly Avenue, Pittsburgh, PA 15221-3132 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | U$X Federal Credit Union, 1293 Freedom Road, P.O. Box 1728, Cranberry TWP, PA 16066-0728 |
| 14995479 | + | Allegheny Health Network, 1307 Federal Street, Pittsburgh, PA 15212-4769 |
| 14995480 | + | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 15618627 | + | Cleanup Services, P.O. Box 380, North Lima, OH 44452-0380 |
| 14976292 | + | East End Food Co-op Fc, 7516 Meade St, Pittsburgh, PA 15208-2549 |
| 14995481 | + | East Liberty Family Health Care Center, P.O. Box 643259, Pittsburgh, PA 15264-3259 |
| 14995482 | + | Family Foot Care, 104 Technology Dr., Suite 103, Butler, PA 16001-1801 |
| 14995483 | + | Greater Pittsburgh Orthopaedic Assoc., 5820 Centre Avenue, Pittsburgh, PA 15206-3710 |
| 14995488 | + | Redevelopment Authority of Allegheny Co., 900 Chatham Center, 112 Washington Place, Pittsburgh, PA 15219-3458 |
| 14976295 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 12 2024 23:58:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15006125 | + | Email/Text: g17768@att.com | Aug 12 2024 23:58:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14976286 | + | Email/Text: bankruptcy@rentacenter.com | Aug 12 2024 23:59:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14976287 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 12 2024 23:58:00 | Bayview Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 15005556 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 12 2024 23:58:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14976288 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:20:47 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15483136 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 12 2024 23:58:00 | Wilmington Savings Fund Society, FSB, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 15185546 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 12 2024 23:58:00 | Wilmington Savings Fund Society, FSB, ET AL, c/o Carrington Mortgage Services, LLC, P.O. Box 79001, Phoenix, AZ 85062 |
| 14998204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:05:50 | Capital One Bank (USA), N.A., by American |

Case 19-20118-GLT   Doc 148   Filed 08/14/24   Entered 08/15/24 00:29:09   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14976289 | + | Email/Text: bankruptcy@credencerm.com | Aug 12 2024 23:59:34 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 14976290 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 12 2024 23:59:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14976291 | + | Email/Text: bankruptcy@sccompanies.com | Aug 12 2024 23:59:00 | Dr Leonards/carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15010968 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 12 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15719472 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 12 2024 23:58:00 | HSBC Bank USA, N.A., P.O. Box 9, Buffalo, NY 14240-0009 |
| 14995484 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2024 23:58:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 14995485 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 12 2024 23:58:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14995486 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2024 23:58:00 | PNC Mortgage, Po Box 8807, Dayton, OH 45401 |
| 14976293 | + | Email/Text: bknotices@professionalcredit.com | Aug 12 2024 23:59:00 | Professional Credit Se, 2892 Crescent Ave, Eugene, OR 97408-7397 |
| 14995487 | + | Email/Text: admin@rsgcollect.com | Aug 12 2024 23:58:00 | Recovery Solutions Group, LLC, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 14995489 | + | Email/PDF: clerical@simmassociates.com | Aug 13 2024 00:19:24 | SIMM Associates, Inc., 800 Pencader Dr., Newark, DE 19702-3354 |
| 14995490 | | Email/Text: amieg@stcol.com | Aug 12 2024 23:58:00 | State Collection Service, 2509 S Stoughton Road, Madison, WI 53716 |
| 14985484 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 12 2024 23:59:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14976294 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 12 2024 23:59:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14995491 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:04:46 | Synchrony Bank/HHGregg, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14995492 | ^ | MEBN | Aug 12 2024 23:49:14 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15007617 | | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2024 00:20:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14995493 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 12 2024 23:58:00 | Verizon Wireless Bankruptcy Admin, 500 Technology Dr., Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14995494 | ##+ | ZenResolve, LLC, 4720 E Cotton Gin Loop, Suite 135, Phoenix, AZ 85040-8850 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 39 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Michal J. Ghafoor gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 10